People v Almodovar (2026 NY Slip Op 00628)





People v Almodovar


2026 NY Slip Op 00628


Decided on February 10, 2026


Appellate Division, First Department



Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.


This opinion is uncorrected and subject to revision before publication in the Official Reports.



Decided and Entered: February 10, 2026

Before: Kennedy, J.P., Scarpulla, Gesmer, Mendez, Hagler, JJ. 


Ind. No. 282/20|Appeal No. 5779|Case No. 2022-01871|

[*1]The People of The State of New York, Respondent,
vJose Almodovar, Defendant-Appellant.


Twyla Carter, The Legal Aid Society, New York (Arthur H. Hopkirk of counsel), for appellant.
Darcel D. Clark, District Attorney, Bronx (Aidan Sanchez of counsel), for respondent.



An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, Bronx County (Guy H. Mitchell, J.), rendered April 14, 2022,
Said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive,
It is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: February 10, 2026
Counsel for appellant is referred to § 606.5, Rules of the Appellate Division, First Department.









